# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:23-CV-02052-DOC-JDEx                                              Date: March 6, 2024

Title: FANG FANG V. DAVID M. RADEL

---

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY THE MOTION TO DISMISS SHOULD NOT BE GRANTED AS UNOPPOSED**

On January 16, 2024, Defendant moved to dismissed Plaintiff's complaint. *See* Motion to Dismiss (Dkt. 9) Plaintiff has not filed an opposition, and the deadline to do so has passed.

Plaintiff is hereby **ORDERED** to respond to Defendant's motion to dismiss by March 18, 2024. Failure to oppose the motion may be deemed consent to the motion being granted as unopposed. If Plaintiff files an opposition, Defendant's reply is due March 25, 2024.

The motion hearing scheduled for March 11, 2024, is **CONTINUED** to April 1, 2024 at 8:30 a.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                              Initials of Deputy Clerk: kdu

CIVIL-GEN